UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY,<br><br>                Plaintiff,<br><br>        v.<br><br>PIERCE, et al.,<br><br>                Defendants. | No.  2:  15-cv-0762 KJN P<br><br><br><br>ORDER |

       Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 8, 2015, plaintiff filed the original complaint.  (ECF No. 1.)  By separate order, the undersigned has ordered service of this complaint.

       In the complaint, plaintiff alleges that he is housed at the Deuel Vocational Institution ("DVI").  Plaintiff alleges that the water at DVI is contaminated and not fit for human consumption.  Plaintiff alleges that Dr. Leo told plaintiff to stop drinking the water.  Plaintiff alleges that the DVI water damaged his liver and that he should not be drinking it due to his medical condition.

       On April 20, 2015, plaintiff filed a motion for a temporary restraining order.  (ECF No. 6.) Plaintiff requests that he be transferred away from DVI to a mainline prison.  The grounds of this request are that the water at DVI is contaminated.

////

The undersigned is concerned by plaintiff's allegation that Dr. Leo told plaintiff not to drink the DVI water because it is harmful to plaintiff's health.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days of the date of this order, Supervising Deputy Attorney General shall file a response to plaintiff's claims regarding contaminated drinking water at DVI;

2. The Clerk of the Court is directed to serve a copy of this order, plaintiff's complaint (ECF No. 1) and motion for injunctive relief (ECF No. 6) on Supervising Deputy Attorney General Monica Anderson.

Dated: April 24, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gr762.ord