UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY, | No. 2:15-cv-0762 KJN P |
| Plaintiff, | |
| v. | ORDER |
| PIERCE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 5.)

On April 20, 2015, plaintiff filed a motion for a temporary restraining order. (ECF No. 6.) Plaintiff requested that he be transferred away from the Deuel Vocational Institution ("DVI") on the grounds that the water at DVI was contaminated. On April 27, 2015, the undersigned directed Supervising Deputy Attorney General Monica Anderson to file a response to plaintiff's April 20, 2015 motion for injunctive relief. (ECF No. 9.)

On May 6, 2015, plaintiff filed another motion for injunctive relief. (ECF No. 14.) In this motion, plaintiff requested that he be transferred to the California Medical Facility ("CMF").

On May 7, 2015, Supervising Deputy Attorney General Monica Anderson filed a response to the April 27, 2015 order. (ECF No. 16.) Ms. Anderson states that plaintiff was transferred to CMF on May 5, 2015.

1   Because plaintiff has received the relief requested, his motions for injunctive relief are
2 denied as moot. Duvall v. County of Kitsap, 260 F.3d 1124, 1133 n. 4 (9th Cir. 2001).
3   Accordingly, IT IS HEREBY ORDERED that:
4   1.  Plaintiff's motions for injunctive relief (ECF Nos. 6, 14) are denied as moot;
5   2.  The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy
6 Attorney Monica Anderson.
7 Dated:  May 7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gr762.den