UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PIERCE, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0762 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.

　　　By an order filed April 27, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On May 5, 2015, plaintiff submitted the USM-285 forms but only submitted one of the eight copies of the complaint required to effect service.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on April 8, 2015; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court eight copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: May 20, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gray0762.8f