UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY, | No. 2:15-cv-0762 KJN P |
| Plaintiff, | |
| v. | ORDER |
| PIERCE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for appointment of an expert witness. (ECF No. 12.) For the following reasons, this motion is denied without prejudice.

This action is proceeding on the original complaint filed April 8, 2015. (ECF No. 1.) Plaintiff alleges that the water at the Deuel Vocational Institution ("DVI") is unfit for human consumption. (Id. at 3.) In the pending motion, plaintiff requests that the court appoint an expert to test the DVI water. (ECF No. 12.)

On June 18, 2015, the undersigned ordered the United States Marshal to serve the complaint on defendants. (ECF No. 28.) No defendants have yet appeared in this action. Because the case is at an early stage, appointment of an expert is premature. Plaintiff may renew his motion for appointment of an expert at a later stage of proceedings.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of an expert witness (ECF No. 12) is denied without prejudice.

Dated: July 6, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gray762.exp